CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

August 31, 2015

Katherine Drew
Dallas County Public Defender's Office
133 N. Riverfront Blvd., LB-2
Dallas, TX 75207

Lori Ordiway
Dallas County District Attorney's Office
133 N. Riverfront Blvd., LB-19
Dallas, TX 75207

RE:     05-15-01022-CR
        Lauro Arizpe v. The State of Texas

Counsel:

The Court has reviewed appellant's jurisdictional letter brief and the document attached. It appears we have jurisdiction over the appeal. *See* TEX. R. APP. P. 9.2(b)(1), 26.2(a)(1).

The clerk's and reporter's records are due by Monday, September 8, 2015. *See* TEX. R. APP. P. 35.2(a).

                            Sincerely,

                    /s/     Lisa Matz, Clerk of the Court

cc:     Felicia Pitre, Dallas County District Clerk
        Crystal Jones, Official Court Reporter, Criminal District Court

ltr:mrh